*Mr. R. L. Clinton, Mr. E. D. Elderkin* and *Mr. C. F. Juttner,* for Appellant.

---

No. 4,197.—STATE EX REL. CHAS. A. RUSSELL, RESPONDENT, *v.* JOHN F. McKAY, CLERK, APPELLANT.

*Appeal from District Court, Sanders County; Asa L. Duncan, Judge.*

Decided September 20, 1920.

58 Mont.—45

PER CURIAM.—Upon motion of appellant, the appeal herein is dismissed.

*Mr. Wade R. Parks* and *Mr. S. C. Ford,* Attorney General, for Appellant.

*Messrs. McCormick & Russell,* for Respondent.